ELISHA L. BROCKWAY, APPELLANT, *v.* JOHN B. IRE-
LAND, RESPONDENT.

Order denying a new trial affirmed.

Opinion by TALCOTT, P. J.

---

DANIEL BEMUS, AS ADMINISTRATOR, APPELLANT, *v.* GEORGE
W. GIFFORD, AND ANOTHER, RESPONDENTS.

Judgment affirmed, with costs.

---

WILLIAM A. POUCHER, RESPONDENT, *v.* JOHN L. BLANCH-
ARD AND ANOTHER, APPELLANTS.

Judgment affirmed.

Opinion by HARDIN, J.

---

THE PEOPLE *ex rel.* EVARTS AND OTHERS, APPELLANTS, *v.*
THE CITY OF UTICA AND OTHERS, RESPONDENTS.

Order and judgment affirmed on opinion of NOXON, J., at Special
Term.

---

SUSAN GILSON, RESPONDENT, *v.* THE AMERICAN EX-
PRESS COMPANY, APPELLANT.

Judgment and order affirmed.

Opinion by SMITH, J.; HARDIN, J., not sitting.

---

FLORENCE M. GIBBS, APPELLANT, *v.* JESSE A. HATHA-
WAY, RESPONDENT.

Order affirmed, with ten dollars costs and disbursements.

---

LYMAN SOULE, APPELLANT, *v.* MARGARET IAGO, IM-
PLEADED, ETC., RESPONDENT.

Order affirmed, with ten dollars costs and disbursements.